| | |
|---|---|
| 1 | M. RANDALL OPPENHEIMER (S.B. #77649) |
| 2 | roppenheimer@omm.com<br>STEVEN J. OLSON (S.B. #182240) |
| 3 | solson@omm.com<br>O'MELVENY & MYERS LLP |
| 4 | 400 South Hope Street<br>Los Angeles, California  90071-2899 |
| 5 | Telephone:   (213) 430-6000<br>Facsimile:    (213) 430-6407 |
| 6 | *Attorneys for Respondent* |
| 7 | EXXONMOBIL OIL CORPORATION |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-mc-00066-CBM-PJWx |
| Petitioner, | **CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| EXXON MOBIL OIL CORPORATION, | |
| Respondent. | |

CORP. DISCLOSURE STATEMENT
2:17-MC-00066-CBM-PJWX

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant ExxonMobil Oil Corporation, states that ExxonMobil Oil Corporation is a wholly-owned subsidiary of Mobil Corporation, which is a wholly-owned subsidiary of Exxon Mobil Corporation. Exxon Mobil Corporation is a publicly traded corporation and has no corporate parent. No publicly held corporation owns 10% or more of Exxon Mobil Corporation's stock.

DATED: June 13, 2017

STEVEN J. OLSON
O'MELVENY & MYERS LLP

By: /s/ Steven J. Olson
Steven J. Olson
Attorneys for Respondent
ExxonMobil Oil Corporation