UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 17-mc-00066-CBM-PJWx | Date | August 17, 2017 |

| | |
|---|---|
| Title | *United States of America v. Exxon Mobil Oil Corp.* |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| V.R. Vallery | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**  **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES RE: RESPONDENT'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO PETITION TO ENFORCE ADMINISTRATIVE SUBPOENAS ISSUED BY U.S. CHEMICAL SAFETY AND HAZARD INVESTIGATION BOARD**

The matter before the Court is Respondent Exxon Mobile Oil Corporation's Motion for Leave to File Surreply in Opposition to Petition to Enforce Administrative Subpoenas Issued By U.S. Chemical Safety and Hazard Investigation Board (the "Motion").  (Dkt. No. 21.)   The Court finds the Motion is appropriate for decision without additional oral argument.

The Motion is **DENIED**.

Accordingly, the August 29, 2017 date for the hearing on the Motion is vacated, and no appearance is necessary on August 29, 2017.

The hearing on the underlying Petition, currently set for August 29, 2017, is continued to **October 17, 2017 at 10:00 a.m.**

**IT IS SO ORDERED.**