NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
GARRETT COYLE (Cal. Bar No. 308177)
Trial Attorney
    1100 L Street NW
    Washington, DC 20005
    Telephone: (202) 616-8016
    Facsimile: (202) 616-8470
    E-mail: garrett.coyle@usdoj.gov

Attorneys for Petitioner United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America**, | No. 17-mc-66 CBM (PJWx) |
| Petitioner, | **Judgment** |
| – v. – | |
| Exxon Mobil Oil Corporation, | |
| Respondent. | |

Judgment is hereby granted consistent with the Ninth Circuit's December 9, 2019 opinion in this case.

**It is hereby ordered** that ExxonMobil shall comply with the requests that are the subject of the Ninth Circuit's December 9, 2019 opinion within 45 days of this judgment.

Dated: February 6, 2020

**Honorable Consuelo B. Marshall**
United States District Judge

Presented by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

 */s/ Garrett Coyle*
GARRETT COYLE
Trial Attorney

Attorneys for Petitioner
United States of America

1